*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-327**

IN RE: ANGELIQUE LAYTON,
                                                Respondent.
**Bar Registration No. 427713**                    **BDN: 14-14**

BEFORE:   McLeese, Associate Judge, and Steadman and Reid, Senior Judges.

**ORDER**
(FILED - June 12, 2014)

On consideration of the certified order suspending respondent from the practice of law in the state of Colorado for a period of six months, all stayed upon the successful completion of a three-year probationary period subject to conditions, this court's April 3, 2014, order directing respondent to show cause why reciprocal discipline should not be imposed, the response of respondent, and the statement of Bar Counsel, and it appearing that respondent's response does not satisfy any of the grounds for not imposing reciprocal discipline, *see* D.C. Bar R. XI § 11 (c), it is

ORDERED that Angelique Layton is hereby suspended from the practice of law for a period of six months, all stayed upon the successful completion of a three-year probationary period subject to the conditions imposed by the state of Colorado. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**